UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ABOLGHASSEM (ABE) ALIZADEH;<br>MEHRAN (MIKE) ALIZADEH; et al.,<br><br>　　　　　Defendants. | Case No. 2:14-cv-00577-TLN-KJN<br><br>**ORDER AMENDING SCHEDULE** |

The parties jointly request an extension of discovery citing on-going negotiations, assertions of constitutional rights, and a series of trials affecting scheduling. For good cause shown,

**IT IS ORDERED THAT** the last day to complete fact and expert discovery in this case shall be March 1, 2017. All other terms of the Pretrial Scheduling Order shall remain in effect.

**IT IS SO ORDERED.**

Dated: September 26, 2016

　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　United States District Judge

14426827.1