**SAIED KASHANI, SBN 144805**
800 WEST FIRST STREET SUITE 400
LOS ANGELES, CALIFORNIA  90012
(213) 625-4320

ATTORNEY FOR DEFENDANT
AZITA ALIZADEH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　　v.<br>ABOLGHASSEM (ABE) ALIZADEH et al.,<br><br>　　　　Defendants. | Case No. 2:14-CV-00577-TLN-KJN<br><br>**ORDER REOPENING DISCOVERY FOR 90 DAYS PER STIPULATION OF THE PARTIES**<br><br>**Prior discovery cut-off:<br>March 1, 2017, extended from October 6, 2016**<br><br>**New proposed cutoff:<br>July 26, 2017** |

1

Good cause appearing therefor, and per the stipulation of all parties, this Court orders discovery in this action REOPENED for the time between April 24, 2017 and July 26, 2017.

IT IS SO ORDERED.

DATED: April 21, 2017

                                        Troy L. Nunley
                                        United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day, April 20, 2017, the foregoing document was filed via the Eastern District of California CM/ECF system, which will send notification of such filing to all counsel of record who have consented to electronic service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 20, 2017, at Los Angeles, California.

s/Saied Kashani
      Saied Kashani