UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>ABOLGHASSEM (ABE) ALIZADEH et al.,<br><br>      Defendants. | No. 2:14-cv-00577-TLN-KJN<br><br>**ORDER GRANTING AZITA ALIZADEH'S SECOND EX PARTE APPLICATION TO EXTEND TIME TO RESPOND TO SUMMARY JUDGMENT MOTION** |

Plaintiff's motion for summary judgment as against Azita Alizadeh, currently scheduled for May 18, 2017, is continued to July 13, 2017, with Azita's opposition due June 29, 2017, and Plaintiff's reply due on July 6, 2017.

IT IS SO ORDERED.

Dated: April 26, 2017

Troy L. Nunley
United States District Judge

1