UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ABOLGHASSEM (ABE) ALIZADEH;<br>MEHRAN (MIKE) ALIZADEH; et al.,<br><br>　　　　Defendants. | Case No. 2:14-cv-00577-TLN-KJN<br><br>**ORDER PERMITTING TELEPHONIC APPEARANCE** |

The trial attorney for the United States, based in Washington D.C., has requested permission to appear telephonically for the discovery motion hearing at 10 a.m. on May 18, 2017. For good cause shown,

**IT IS ORDERED THAT** G. Patrick Jennings may appear telephonically for the hearing on the discovery motion. Mr. Jennings shall promptly contact the undersigned's courtroom deputy clerk at (916) 930-4187 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

Dated: May 10, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1