UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABOLGHASSEM (ABE) ALIZADEH *et al.*,<br><br>Defendants. | No. 2:14-cv-00577-TLN-KJN<br><br><br>**ORDER** |

Good Cause being shown, Defendant Azita Alizadeh's *ex parte* application (ECF No. 57) is hereby GRANTED. The hearing on the motion for summary judgement is RESET to September 21, 2017 at 2 p.m. in Courtroom 2. The remaining Defendants have already submitted oppositions. Therefore, only Defendant Azita Alizadeh's opposition is due fourteen (14) days prior to the new hearing date. Plaintiff's reply is due in accordance with these dates. The Court hereby VACATES the Pretrial Conference set for July 13, 2017, and Trial set for September 11, 2017. The dates will be reset if necessary after the Court has ruled on the pending motion for summary judgment.

IT IS SO ORDERED.

Dated: June 15, 2017

Troy L. Nunley
United States District Judge

1