UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-cv-0577-TLN-KJN |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ABOLGHASSEM ALIZADEH, et al., | |
| Defendant. | |

On June 15, 2017, defendants Abe and Mike Alizadeh filed an ex parte application to stay depositions. (ECF No. 58.) On May 19, 2017, this court ordered Abe and Mike to appear for their depositions in Sacramento, California on June 21, 2017 and June 22, 2017. (ECF No. 56.) This order was made in response to plaintiff's motion for discovery sanctions. (ECF No. 39.) Prior to the court's May 19 order, defendants maintained that the depositions of Abe and Mike could be taken. (See ECF No. 56 at 3.)

Presently, defendants argue that these depositions should be stayed until the completion of related criminal matters, because both defendants anticipate asserting their 5th Amendment rights during the depositions. (ECF No. 58 at 2.) In the court's May 19, 2017 order, defendants were cautioned that "in the absence of a properly documented medical emergency or prescheduled, nonrefundable travel, the court is unlikely to grant relief" from the scheduled depositions. (ECF No. 56 at 4.) Moreover, the court's prior order in no way prevents defendants from asserting their

1

5th Amendment rights.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' ex parte application to stay depositions is DENIED.

IT IS SO ORDERED.

Dated: 06/16/17

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE