1  DAVID A. HUBBERT
   Acting Assistant Attorney General
2
3  G. PATRICK JENNINGS
   Trial Attorney, Tax Division
4  U.S. Department of Justice
   P.O. Box 683
5  Ben Franklin Station
   Washington, D.C. 20044-0683
6  Telephone: (202) 307-6648
   Email: guy.p.jennings@usdoj.gov

7  Phillip A. Talbert
   United States Attorney
8  Eastern District of California
   *Of Counsel*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | |
|---|---|
| Plaintiff, | Case No. 2:14-cv-00577-TLN-KJN |
| v. | |
| ABOLGHASSEM (ABE) ALIZADEH; et al. | **STIPULATED REQUEST TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | Date: September 21, 2017<br>Time: 2:00 p.m.<br>Room: Courtroom 2, 15th floor<br>Judge: Hon. Troy L. Nunley |

The United States and all defendants respectfully request that the hearing on the United States Motion for Summary Judgment, set for September 21, 2017, at 2:00 p.m., before the Honorable United States District Judge Troy L. Nunley, be continued to December 14, 2017, at 2 p.m.  This request is to provide time to review an offer received on September 6, 2017, to resolve this entire matter.  The offer is signed by all parties but one, and representations have been made that the final defendant is also prepared to

1

agree.  The trial attorney for the United States is prepared to recommend the offer, but additional time is required so that the appropriate official may consider the offer.  The parties accordingly request an order resetting the hearing on September 21 to the December 14 calendar.  A proposed order pursuant to Local Rule 143(b) is set forth below.

        Respectfully submitted,

        DAVID A. HUBBERT
        Acting Assistant Attorney General

Dated: September 11, 2017        */s/ G. Patrick Jennings*
        G. PATRICK JENNINGS
        Trial Attorney, Tax Division
        U.S. Department of Justice

Date: September 8, 2017        */s/ Paul Anthony Warner*
        PAUL ANTHONY WARNER
        Attorney at Law

        Attorney for Abolghassem (Abe) Alizadeh, Mehran (Mike) Alizadeh, Mitra Alizadeh, Suede Blue Inc., Pegasus Restaurant Group, Inc.; Lake Orta Corporation;  Phoenix Restaurant Group, Inc.; Voyager Restaurant Group, Inc.; Endeavor Restaurant Group, Inc.

Date: September 11, 2017        */s/ Mir Saied Kashani*
        MIR SAIED KASHANI
        Kashani Law Office
        saiedkashani@gmail.com

        Attorney for Azita Alizadeh

**IT IS SO ORDERED.**

Dated: September 11, 2017

        _____
        Troy L. Nunley
        United States District Judge

15799577.1