UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ABOLGHASSEM (ABE) ALIZADEH;<br>MEHRAN (MIKE) ALIZADEH; et al.,<br><br>　　　　Defendants. | Case No. 2:14-cv-00577-TLN-KJN<br><br>**JUDGMENT IN A CIVIL CASE** |

The affected parties have agreed to entry of judgment. The tax periods and entities related to the liabilities set forth below are identified in the Amended Complaint filed in this case. The Clerk is directed to enter judgment as follows:

**JUDGMENT**

1. Abolghassem (Abe) Alizadeh is indebted to the United States in the amount of $8,000,000 for unpaid federal trust fund recovery penalties, plus interest according to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621(a)(2), from June 30, 2017, until the judgment is paid.

2. Mehran (Mike) Alizadeh is indebted to the United States in the amount of $8,350,000 for unpaid federal trust fund recovery penalties, plus interest according to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621(a)(2), from June 30, 2017, until the judgment is paid.

3. Mitra Alizadeh is indebted to the United States in the amount of $145,000 for unpaid federal trust fund recovery penalties, plus interest according to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621(a)(2), from June 30, 2017, until the judgment is paid.

4. Voyager Restaurant Group, Inc. and Endeavor Restaurant Group, Inc., are indebted to the United States, jointly and severally, in the amount of $1,000,000 for unpaid federal employment taxes (Form 941), and federal unemployment taxes (Form 940), plus interest according to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621(a)(2), from June 30, 2017, until the judgment is paid.

5. Suede Blue Inc. and Pegasus Restaurant Group, Inc. are indebted to the United States, jointly and severally, in the amount of $230,000 for unpaid federal employment taxes (Form 941), and federal unemployment taxes (Form 940), and federal corporate income tax (Form 1120), plus interest according to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621(a)(2), from June 30, 2017, until the judgment is paid.

6. Lake Orta Corporation, Inc. and Phoenix Restaurant Group, Inc. are indebted to the United States, jointly and severally, in the amount of $1,100,000 for unpaid federal employment taxes (Form 941), and federal unemployment taxes (Form 940), and federal corporate income tax (Form 1120), and a penalty for failure to file correct information returns pursuant to 26 U.S.C. § 6721, plus interest according to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621(a)(2), from June 30, 2017, until the judgment is paid.

**IT IS SO ORDERED.**

Dated: November 8, 2017

_____
Troy L. Nunley
United States District Judge