UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ABOLGHASSEM (ABE) ALIZADEH;<br>MEHRAN (MIKE) ALIZADEH; et al.,<br><br>　　　　　Defendants. | Case No. 2:14-cv-00577-TLN-KJN<br><br>**ORDER OF DISMISSAL** |

The affected parties have agreed that the claims of the Amended Complaint against Azita Alizadeh may be dismissed with prejudice. For good cause shown,

**IT IS ORDERED THAT** the tax claim against Azita Alizadeh in the Amended Complaint filed May 22, 2014 (ECF 4) is dismissed with prejudice.  The claim against Azita Alizadeh for injunction is dismissed with prejudice.

**IT IS FURTHER ORDERED THAT** the parties shall bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

　Dated:  November 14, 2017

Troy L. Nunley
United States District Judge